NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD G. ENGLISH, )
a/k/a RICHARD GOLEN ENGLISH, )
)
Appellant, )
)
v. )          Case No. 2D19-760
)
STATE OF FLORIDA, )
)
Appellee. )
_____)

Opinion filed September 18, 2020.

Appeal from the Circuit Court for
Hillsborough County; Christopher C. Nash,
Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


                Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.